No. 07-15-00238-CR

| | | |
|---|---|---|
| The State of Texas | § | From the 108th District Court |
| Appellant | | of Potter County |
| | § | |
| v. | | May 19, 2016 |
| | § | |
| Rosa Elena Arizmendi | | Opinion by Justice Pirtle |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 19, 2016, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o